United States District Court
Southern District of Texas

**ENTERED**
July 13, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CANEY KEEFER LLC, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-05520 |
| | § | |
| WESTCHESTER SURPLUS LINES | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Defendant Westchester Surplus Lines Insurance Company ("Westchester") has filed a Motion to Dismiss the Original Complaint, (Doc. No. 1), filed by Caney Keefer LLC ("Caney") and Criss Cross Commercial LLC ("Criss Cross") (collectively, "Plaintiffs"). *See* (Doc. No. 8). Plaintiffs have filed a First Amended Complaint, (Doc. No. 14), to which Westchester has answered, (Doc. No. 16). That being the case, the Court finds that Westchester's Motion is moot and hereby denies it as moot.

Plaintiffs are both LLCs. Neither have pleaded their jurisdictional facts adequately. Plaintiffs' counsel is hereby ordered to file with the Court by August 7, 2026 the jurisdictional facts for each member of each LLC and, if one of the members of an LLC is an LLC, the jurisdictional facts for each member of that LLC until each member is either an individual or an entity. Then Plaintiffs shall include the jurisdictional facts for that individual or entity.

SIGNED at this 13 day of July 2026.

Andrew S. Hanen
United States District Judge